FRANK J. BRILBECK, Respondent, *v.* CITY OF SYRACUSE, Appellant. DANIEL BRILBECK, an Infant, by FRANK J. BRILBECK, His Guardian ad Litem, Respondent, *v.* CITY OF SYRACUSE, Appellant.

Submitted May 23, 1955; decided June 9, 1955.

*Vincent A. O'Neil* for motion.

No one opposed.

Motion granted and appeals dismissed, with costs and $10 costs of motion, unless, in each action, defendant files a stipulation for judgment absolute within ten days after service of this order with notice of entry thereof.

CONSTANCE HURLEY, Appellant, *v.* EDWARD R. TOLFREE et al., Respondents.

Submitted June 6, 1955; decided June 9, 1955.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs. [See 308 N. Y. 358.]